JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:17-cv-03592-AB-JPR |
|---|---|
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| MARK W. CUTTEN, | |
| Defendant. | |

1

Based on the stipulation of the parties, **IT IS HEREBY ORDERED:**

1. Judgment is entered in favor of the United States of America and against Defendant Cutten for unpaid FBAR penalty liabilities pursuant to 31 U.S.C. § 5321(a)(5) for the 2009 and 2010 calendar years, in the amount of $64,545.20, plus interest, penalties (including the late payment penalty pursuant to 31 U.S.C. § 3717(e)(2) and interest on this penalty), and other statutory additions as provided by law, accruing after February 2, 2017;

2. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: January 22, 2018

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE